TARA K. MCGRATH
United States Attorney
SABRINA L. FEVE
Assistant U.S. Attorney
California Bar No.: 226590
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6786
Fax: (619) 546-0831
Email: Sabrina.Feve@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CATALIN CRACIUN, <br><br> Defendant. | Case No.: '24 MJ1234 <br><br> **COMPLAINT FOR VIOLATION OF:** <br><br> Title 18, U.S.C., Sec. 1029(a)(2), (b)(1), and (c)(1)(A)(i) - Use and Attempted Use of Unauthorized Access Devices; Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C) – Criminal Forfeiture |

The undersigned Complainant, being duly sworn, states that, at all times material to the Complaint:

### Introductory Allegations

1. An "access device" was any card, plate, code, account number, electronic serial number, personal identification number, or other means of account access that could be used, alone or in conjunction with another access device, to obtain money, goods, or services. Common forms of access devices were debit and credit cards, as

well as the account information typically encoded on the magnetic strips on the backs of such cards.

2. An "unauthorized access device" was any access device that was lost, stolen, or obtained with intent to defraud.

3. The U.S. Department of Health and Human Services, Administration for Children and Families, administers the Temporary Assistance to Needy Families (TANF) program. TANF is a federally funded assistance program that supports low-income families with children. In California, TANF funds are used to operate CalWORKS, a state public assistance program that provides cash aid to eligible families with one or more children in the home. In California, CalWORKS public assistance benefits are distributed by means of a card encoded with electronic account information, similar to a debit or credit card, called the California Advantage Electronic Benefit Transfer Card, which recipients use, along with a four-digit personal identification number, to withdraw funds.

## Count 1

## Use and Attempted Use of Unauthorized Access Devices

## 18 U.S.C. § 1029(a)(2) and (b)(1)

4. Paragraphs 1 through 3 are hereby incorporated by reference as if fully stated herein.

5. Beginning on an unknown date, but not later than July 3, 2023, up until at least March 19, 2024, in the Southern District of California and elsewhere, defendant CATALIN CRACIUN did knowingly and with intent to defraud use one and more unauthorized access devices, to wit, Electronic Benefit Transfer account information and personal identification numbers issued to persons other than defendant, during a one-year period, and by such conduct obtain cash and other things of value aggregating $1,000 and more during such one-year period, said use affecting interstate and foreign commerce;

Complaint -2-

All in violation of Title 18, United States Code, Sections 1029(a)(2), (b)(1), and 1029(c)(1)(A)(i).

## Forfeiture Allegations

6. The allegations above are incorporated herein for purposes of alleging forfeiture to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C).

7. Upon conviction of the offense set forth in the complaint, Defendant CATALIN CRACIUN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B) and 1029(c)(1)(C), any property constituting and derived from proceeds Defendants obtained directly and indirectly from the offense, and any personal property used and intended to be used to commit the offense.

This complaint is based on the attached Statement of Facts incorporated herein by reference.

*Mauricio Duran*
Special Agent Mauricio Duran
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March 27, 2024.

*Jill Burkhardt*
HON. JILL L. BURKHARDT
U.S. Magistrate Judge

STATEMENT OF FACTS

I, Mauricio Duran, being duly sworn, state as follows:

1. I have been employed as a Special Agent with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) since August 2017. I am currently assigned to the Document and Benefit Fraud Task Force of the HSI Office of the Deputy Special Agent in Charge, in San Diego, California. I am a graduate of the Criminal Investigator Training Program and Homeland Security Investigations Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I am also a graduate of California State University Fullerton, where I received a Bachelor of Arts degree in criminal justice. I have received formal training and have experience in benefit fraud and identity theft investigations. I have participated in many criminal investigations for multiple violations of federal and state laws, including, but not limited to, immigration fraud, alien smuggling, narcotics smuggling, money laundering, and organized criminal activity. I have participated in many aspects of criminal investigations, including reviewing evidence, conducting physical surveillance, working with informants, and the execution of arrest and search warrants.

2. The facts and conclusions set forth in this affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation; my review of documents and records related to this investigation; communications with others who have personal knowledge of the events, details, and circumstances described herein; and information gained through my training, experience, and communications with colleagues. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, it does not set forth every fact that I or others have learned during this investigation. Dates, times, and amounts are approximate.

*Overview*

3. HSI, along with the United States Secret Service (USSS), and the Southern California Cyber Fraud Task Force (SoCal CFTF) are working with state and federal

agencies to investigate the theft and misuse of funds electronically distributed to individuals receiving public assistance.

4. This Affidavit is submitted in support of an arrest warrant for CATALIN CRACIUN for violating 18 U.S.C. § 1029(a)(2) (access device fraud) and (b)(1) (attempt). As outlined below, between July 3, 2023 and March 19, 2024, CRACIUN made a series of unauthorized withdrawals at San Diego County ATMs in which he accessed and stole, or attempted to steal, from the public assistance benefit accounts of approximately 178 victims.

*Background on Electronic Benefit Transfer Cards*

5. In 2022, California's Department of Social Services (CalDSS) advised the SoCal CFTF that it had detected a rise in fraud associated with the electronic debit cards issued to individuals and families who qualify for California public benefits like CalFresh and CalWORKS.

6. The U.S. Department of Agriculture also noticed a rise in fraud associated with the Supplemental Nutrition Assistance Program (SNAP) that it administers through its Food and Nutrition Service (FNS). SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food. In California, SNAP public assistance benefits are distributed through CalFresh and loaded to an account that a qualified recipient access by means of an access card, similar to a debit or credit card, called the California Advantage Electronic Benefit Transfer (EBT) Card. The EBT card system was developed to enable government agencies in California and many other states to deliver public assistance benefits to recipients using electronic transfers. The EBT system is a computer-based system through which authorization for qualifying food purchases and cash withdrawals are received via either a point-of-sale (POS) terminal or an ATM.

7. The U.S. Department of Health and Human Services, Administration for Children and Families, administers the Temporary Assistance to Needy Families

AFFIDAVIT IN SUPPORT OF COMPLAINT -2-

(TANF) program. TANF is a federally funded assistance program that awards grants to individual states to support low-income families with children. In California, TANF grant funds are used to operate CalWORKS, a state public assistance program that provides cash aid to eligible families with one or more children in the home. Families that apply and qualify for ongoing CalWORKS assistance receive money each month to help pay for housing, food, and other necessary expenses. Like CalFresh, CalWORKS benefits are distributed by CalDSS through the California Advantage EBT card.

8. After a recipient applies for, and is approved to receive, California public assistance benefits like CalFresh and CalWORKS, the benefits are automatically distributed to the recipient's EBT card on a designated day of the month (typically, in California, the first five days of the month). To access their benefits to purchase eligible food items, recipient swipe their card through a point-of-sale terminal, or insert it into an ATM, that records the card number, date, time, and amount of the transaction. The recipient then enters his/her unique Personal Identification Number (PIN) into a keypad to complete the transaction.

9. The SoCal CFTF has gathered evidence indicating that members of what appear to be one or more criminal enterprises are stealing California EBT account information by installing skimmers on point-of-sale terminals, often by targeting point-of-sale terminals at large volume retailers, like Walmart, in communities with higher concentrations of public benefit recipients. The skimmed data is then often re-encoded onto the magnetic strips of cards that members of the conspiracy use to make unauthorized withdrawals and purchases. These re-encoded cards are sometimes referred to as "cloned" cards. Cloned cards can be a blank white plastic card, or another debit, credit, or gift card. Cloned cards may have names or numbers embossed on the physical face of the card. A common feature of cloned cards is that the account number encoded on the card's magnetic strip will not match the number embossed on the card's

AFFIDAVIT IN SUPPORT OF COMPLAINT                -3-

face. To facilitate the use of the stolen EBT benefits, members of the scheme will commonly put stickers bearing the account's PIN on the physical cards, or access devices, that are swiped at a point-of-sale terminal along with the account balance.

10. Data provided by CalDSS indicates that, between approximately June 2022 and February 2024, in the Southern District of California and elsewhere, unauthorized account users have stolen approximately $181,208,693.00 from CalWORKS recipients. These unauthorized withdrawals commonly occur at the start of each month, when monthly CalWORKS benefits are distributed. Most of the stolen funds were obtained through unauthorized ATM withdrawals.

11. In July and August 2022, the SoCal CFTF learned of connected incidents at Walmart stores in Chula Vista, National City, and Sherman Heights involving overlay skimmers that appeared to be part of an EBT fraud scheme.[1] According to police reports and records obtained by the task force, in June 2022, National City Police arrested a Romanian national who was caught installing an overlay skimmer without authorization at a National City Walmart. The suspect had at least one coconspirator assist him with the installation. In July 2022, employees at a Chula Vista Walmart discovered an unauthorized overlay skimmer installed on a point-of-sale terminal. Store surveillance footage showed that the individual arrested by National City Police had, along with his unidentified coconspirator, installed the overlay skimmer at the Chula Vista Walmart

---

[1] An overlay skimmer is a skimmer that is part of a counterfeit faceplate designed to resemble the legitimate point-of-sale terminal. Overlay skimmers are mounted to the legitimate point-of-sale terminal and allow a victim's credit or debit card to be read by the legitimate terminal. In the process of inserting the victim's credit or debit card into the legitimate terminal, the card is also read by the overlay skimmer, which stores the card's stolen electronic information for later unauthorized use. The overlay skimmers that target EBT cards are not designed to read credit or debit cards embedded with a chip (i.e., most credit and debit cards). Unlike most bank-issued credit and debit cards, EBT cards do not have chips (which makes the cards less expensive). The overlay skimmers that cannot read cards with chips therefore typically target EBT cards.

AFFIDAVIT IN SUPPORT OF COMPLAINT -4-

two days before his arrest in National City. When arrested by National City Police, the suspect presented a fake European ID that misrepresented his name and nationality Record checks revealed his true name, Romanian nationality, and indicated that he had entered the U.S. without inspection. Additional investigation revealed that this individual, or someone closely matching his appearance, had installed an overlay skimmer at a Sherman Heights Walmart in March 2022 with the assistance of two additional coconspirators.

12. As part of its broader investigation into the theft of EBT account benefits, the SoCal CFTF has interviewed scores of witnesses and the government has collected victim impact statements from over a dozen victims. A consistent theme throughout these interviews and reports is that the theft of CalWORKS and SNAP benefits jeopardizes victims' ability to pay their rent and feed their families.

### CRACIUN's Immigration Arrest on March 19, 2024

13. On March 19, 2024, a uniformed Border Patrol agent assigned to the Newton-Azrak Border Patrol Station in Murrieta, California was patrolling Interstate 15 near Fallbrook, California. Record checks for a gray Ford Explorer (CA 9BSF374) driving near the marked Border Patrol vehicle revealed that the gray Ford Explorer had multiple alerts. According to the alerts, on February 11, 2024, the gray Ford Explorer had driven through the border fence between the United States and Canada, near Lynden, Washington. Investigations indicated that the gray Ford Explorer had transported multiple people from the northern U.S. border to Las Vegas. License plate readers showed that the vehicle frequented the Las Vegas area and then headed west and then south via the Interstate 5. In the agent's training and experience, this travel pattern was more consistent with smuggling activities than normal commuting and motoring activity. Based on this information, as well as the driver's behavior and other factors, the agent initiated a vehicle stop at the Border Patrol Station Checkpoint.

AFFIDAVIT IN SUPPORT OF COMPLAINT -5-

14. At the Checkpoint, the agent identified the driver as M.D. (hereafter, uncharged coconspirator-1 or UCC-1) and the passenger as Catalan CRACIUN based on the Romanian driver's licenses that each man provided. When the agent asked who the vehicle belonged to, the two men looked at each other and shrugged.

15. After a series of questions about the vehicle's registered owner, the agent asked UCC-1 and CRACIUN if they were in the United States legally. They both said that they flew legally into Las Vegas from Ontario, Canada. The agent then advised both men that there was no record of them flying into the United States and it would be a crime to lie to a federal immigration official. UCC-1 then stated that both men had been smuggled into the United States near New York, after which they were transported to Las Vegas.

16. The agent then arrested UCC-1 and CRACIUN for being in the United States illegally and entering the United States illegally. While searching the vehicle for contraband, the agent found a credit card skimmer under the passenger seat and a fake California driver's license in the driver's door pocket with UCC-1's picture.

17. Subsequent record checks showed that CRACIUN had a valid visa to enter the United States in 2022, but the visa was revoked in 2023 for credibility concerns because of CRACIUN engaging in suspected skimming fraud. Registration records for the grey Ford Explorer show it was registered to an address in El Cajon, California. Border Patrol notified the Romanian Consulate of CRACIUN's arrest.

18. CRACIUN is currently in DHS custody in San Diego awaiting immigration proceedings.

### CRACIUN's Fraud Activities

19. As part of its broader EBT fraud investigation, the SoCal CFTF collects surveillance images and transaction records for fraudulent EBT withdrawals at San Diego County ATMs. Through the review of these and related records, the SoCal CFTF has documented CRACIUN's involvement in the following EBT fraud:

a. On July 3, 2023, not long after midnight, CRACIUN went to an ATM on Del Mar Heights Road in San Diego and attempted to withdraw $1,720.00 from the EBT accounts of six victims. The victims reside in San Diego and Los Angeles Counties. Of the attempted withdrawals, CRACIUN successfully withdrew $1,480.00.

b. On October 1, 2023, near 2 a.m., CRACIUN went to a different ATM on Del Mar Heights Road in San Diego and attempted to withdraw $3,000.00 from the EBT accounts of three victims. The victims reside in San Bernardino and Los Angeles Counties. Of the attempted withdrawals, CRACIUN successfully withdrew $2,000.00. Four minutes after completing his transactions at that ATM, CRACIUN went to a different bank's ATM located nearby and, with an individual who matches UCC-1's appearance standing beside him, attempted to withdraw $16,000.00 from the EBT accounts of 16 victims. The victims reside in San Bernardino, Riverside, and Los Angeles Counties. Of the attempted withdrawals, CRACIUN successfully withdrew $15,000.00.

c. On November 1, 2023, a bit before 2 a.m., CRACIUN, along with UCC-1, went to an ATM on Valley Center Drive in San Diego and successfully withdrew $3,140.00 from the EBT accounts of 13 victims. The victims reside in San Bernardino and Los Angeles Counties.

d. On November 2, 2023, beginning around 12:30 a.m., CRACIUN proceeded to use two different ATMs on Jewell and Garnet Streets in Pacific Beach, San Diego over a 90-minute period. During that time, he attempted to withdraw $68,160.00 from the EBT accounts of 101 victims. The victims reside in San Bernardino, Los Angeles, and Orange Counties. Of the attempted withdrawals, CRACIUN successfully withdrew $58,540.00. About 80 minutes later, CRACIUN used a different Pacific Beach ATM and successfully withdrew $1,960.00 from the EBT accounts of five victims. The victims reside in San Bernardino and Los Angeles Counties.

AFFIDAVIT IN SUPPORT OF COMPLAINT       -7-

e. On January 3, 2024, near 2 a.m., CRACIUN returned to one of the Del Mar Heights ATMs along with UCC-1. CRACIUN attempted to withdraw $7,460.00 from the EBT accounts of 16 victims. The victims reside in San Bernardino and Los Angeles Counties. Of the attempted withdrawals, CRACIUN successfully withdrew $4,640.00.

f. On February 2, 2024, CRACIUN went to an ATM on Bernardo Plaza Drive in San Diego and attempted to withdraw $12,760.00 from the EBT accounts of 19 victims. The victims reside in San Diego, Imperial, Los Angeles, Kern, and Orange Counties. Of the attempted withdrawals, CRACIUN successfully withdrew $7,660.00.

20. Investigators' identification of CRACIUN was based on their review and comparison of ATM surveillance videos and images, as well as the photos from CRACIUN's arrest. Here, for example, are two images from CRACIUN's arrest on March 19, 2024:

 

21. Here are still images from some of the ATM transactions discussed above:

   

*7/03/2023*     *10/01/2023*     *11/02/2023*     *1/03/2024*

AFFIDAVIT IN SUPPORT OF COMPLAINT    -8-

22. Due to their immigration status, neither CRACIUN nor UCC-1 are eligible for CalFresh or CalWORKS. The SoCal CFTF has also collected the names of the victims from whose EBT accounts CRACIUN made unauthorized withdrawals. None of these victims' names match CRACIUN or UCC-1.

## CONCLUSION

23. Based on the evidence described above, I submit there is probable cause to believe that CRACIUN used unauthorized access devices, in the form of victims' EBT account information, between July 3, 2023 and March 19, 2024, and that his use of these access devices resulted in a loss of over $1,000.00. In particular, the evidence described above indicates that CRACIUN attempted to withdraw $114,200.00 from the EBT accounts of approximately 178 victims, and that, of this total attempt, he successfully withdrew $94,420.00. All these unauthorized withdrawals occurred at ATMs located in San Diego County. Based on this evidence, I submit there is probable cause to arrest him for violating 18 U.S.C. § 1029(a)(2), (b)(1), and (c)(1)(A)(i).

*Mauricio Duran*
Special Agent Mauricio Duran
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on March 27, 2024.

_____
HON. JILL L. BURKHARDT
U.S. MAGISTRATE JUDGE